[No. 5408–1. Division One. May 15, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT THORSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 78733, Stanley C. Soderland, J., entered February 22, 1977. *Affirmed* by unpublished per curiam opinion.

[No. 5488–1. Division One. May 15, 1978.]

*In the Matter of the Welfare of* KENNETH HUNT.

Appeal from a judgment of the Superior Court for King County, No. J–73971, Frank D. Howard, J., entered January 19, 1977. *Remanded* by unpublished per curiam opinion.

[No. 3299–2. Division Two. May 16, 1978.]

MURIEL EDWINA BATTEN, *Respondent,* v. RAYMOND M. BATTEN, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 196361, Willard J. Roe, J., entered January 21, 1977. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Reed, J.